IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE A. WRIGHT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2976 |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COMMUNITY COLLEGE, | : | |
| BRETT LAST (in his individual capacity only), and BELINDA AUSTIN (in her individual capacity only), | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of June, 2020, after considering: (1) the motion for summary judgment filed by the defendants, Belinda Austin, Brett Last, and Northampton Community College (Doc. Nos. 33, 44); (2) the response in opposition to the motion for summary judgment filed by the plaintiff, Tyrone A. Wright ("Wright") (Doc. Nos. 39, 40, 41); (3) the defendants' response in support of the motion for summary judgment (Doc. No. 42); (4) Wright's surreply brief in opposition to the motion for summary judgment (Doc. No. 46); and (5) oral argument on the motion for summary judgment on March 6, 2020; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion for summary judgment (Doc. No. 33) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.